**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **VELDA T. LAMBERT,** | § | |
| **Plaintiff** | § | |
| | § | |
| **V.** | § | **No.  2:06CV32** |
| | § | |
| **COMMISSIONER OF SOCIAL** | § | |
| **SECURITY ADMINISTRATION,** | § | |
| **Defendant** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The above-entitled and numbered civil action was heretofore referred to United States

Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636.  The Report of the Magistrate

Judge which contains her proposed findings of fact and recommendations for the disposition of such

action has been presented for consideration.  No objections to the Report and Recommendation were

filed.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are

correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the

findings and conclusions of this Court.  Accordingly, it is hereby

**ORDERED** that Defendant's Motion for Reversal and Remand (Dkt. No. 16) is hereby

**GRANTED**.  It is further

**ORDERED** that Plaintiff's above-entitled and numbered civil action is **REVERSED and**

**REMANDED** under the fourth sentence of the Social Security Act, 42 U.S.C. § 405(g), to the

Commissioner of the Social Security Administration for further administrative proceedings before

an Administrative Law Judge ("ALJ"). It is further

**ORDERED** that on remand an ALJ shall evaluate Plaintiff's interstitial cystitis in accordance

with SSR 02-2p (Evaluation of Interstitial Cystitis).  The ALJ shall obtain medical testimony as to

the inference of an onset date and evaluate onset issues in accordance with SSR 83-20 and *Spellman*

*v. Shalala*, 1 F.3d 357 (5th Cir. 1993).  In evaluating Plaintiff's residual functional capacity, the ALJ

shall consider treating physician opinions and weigh them in accordance with 20 C.F.R. §§

404.1527, 416.927, and SSR 96-2p.  The ALJ shall compare Plaintiff's RFC with the demands of

her past relevant work in determining whether Plaintiff can perform her past relevant work and

obtain vocational expert testimony.  It is further

ORDERED that all motions not previously ruled on are **DENIED**, and the referral order is

**VACATED**.

SIGNED this  2nd  day of April, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE